LAW OFFICES
# HUESMAN, JONES AND MILES
SUITE 201
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204

R. DOUGLAS JONES
GERARD F. MILES

MARY JANE FISCHER
LISA K. JENKINS *

* Admitted to Maryland & D.C.

JOSEPH I. HUESMAN
(OF COUNSEL)

SUSAN M. PRESSMAN
(OF COUNSEL)

TELEPHONE
(410) 583-9528

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 11 P 3:54
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

August 8, 2000

Honorable Benson E. Legg
3rd Floor, Room 340
101 W. Lombard Street
Garmantz Federal Courthouse
Baltimore, Maryland 21201

Re:     Vanco ats. Allen
        Case #L 00 CV 825

Dear Judge Legg:

I represent the Defendant Vanco in this case. Mr. Dorman, who represents the Plaintiff, and I have had several conversations about outstanding discovery.

This is a very complicated case, both on damages and liability. This is a wrongful death claim and there are numerous issues raised by the claimed damages. Even more complicated is the liability. Both sides are using a variety of experts from various states. The Plaintiff is using a trailer engineer, as well as an economist; the Defendants are presently using a commercial vehicle operator specialist from Florida, a heavy trailer engineer from Michigan, and an accident reconstructionist from the Eastern Shore. To complete their work, they need to inspect the trailer in question which has been preserved by its owner, USF Red Star. I am attempting to coordinate an inspection of the trailer with Mr. Marshall, who represents Red Star, as well as my experts. This has been complicated by Mr. Marshall's trial schedule.

In addition to the completion of our expert work and discovery, both Mr. Dorman and I need to conduct a variety of additional depositions in this case.

Given the seriousness of the issues in this case, and the complexity of the engineering and other issues involving experts from various states, he and I jointly request a 90 day extension of the current discovery deadline of August 14, 2000. We do appreciate your consideration of this joint request. Thank you for your courtesy.

Sincerely yours,

Gerard F. Miles

GFM/dh

APPROVED THIS _11th_ DAY OF _August_

cc: Marc Dorman, Esquire
    Mr. Jim Lehr/Vanco