R. DOUGLAS JONES
GERARD F. MILES

MARY JANE FISCHER
LISA K. JENKINS*

*Admitted to Maryland & D.C.

LAW OFFICES
# HUESMAN, JONES AND MILES
SUITE 201
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND  21204

JOSEPH I. HUESMAN
(OF COUNSEL)

SUSAN M. HUESMAN
(OF COUNSEL)

TELEPHONE
(410) 296-1184

FAX
(410) 583-7687

Writer's Direct Line (410) 296-1189

Email: gary@huesmanjonesmiles.com

November 13, 2000

Honorable Benson E. Legg
3rd Floor, Room 340
101 W. Lombard Street
Garmantz Federal Courthouse
Baltimore, Maryland 21201

Re:    Vanco ats. Allen
       Case #L 00 CV 825

Dear Judge Legg:

I represent the Defendant Vanco in this case. The discovery deadline currently expires on November 13, 2000.

On behalf of my client, I and my experts have conducted an extensive examination of the allegedly defective trailer in question. I have secured the services of three expert witnesses who have provided detailed reports to me, which have been furnished to Mr. Dorman, Plaintiff's attorney. As a result, Mr. Dorman and I have engaged in serious settlement conversations seeking an amicable resolution of the claims in this case. Mr. Dorman and I have tentatively agreed on a figure which he is attempting to resolve with the Workers' Compensation insurer who has a lien on his claim. Mr. Dorman and I are optimistic that our settlement discussions will be successful, although the success cannot be guaranteed. If they are successful, the claims in this case will be resolved and dismissed.

If the settlement discussions do not prove fruitful, I will need to conduct a deposition of the Plaintiff's expert, as well as of the Plaintiff herself. To save time and expense for both sides, Mr. Dorman and I prefer to fully investigate settlement possibilities before we incur the expense of expert depositions. I am optimistic that within 30 days he and I will be able to report to you that this case has been settled. If not, we will ask for a brief period of time to conclude the remaining discovery.

Thank you for your consideration.

Agreed. Please submit a further status report by December 20, 2000.

Respectfully,

Gerard F. Miles

Benson Legg 11/14/00

GFM/dh
cc: Marc Dorman, Esquire
    Mr. Milton Ginsburg

L:\WPDATA\GARY.LTR\NOV1300.LTR