IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANGELA ALLEN, et al.  *
      Plaintiffs
                    *

vs.                            Civil No.:  L-00-825
                    *

VANCO TRAILERS, INC.
      Defendant  *

\*\*\*\*\*\*

### SETTLEMENT ORDER
### (LOCAL RULE 111.1)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: December 1ST, 2000

                                      Benson Everett Legg
                                      United States District Judge

U.S. District Court (Rev. 12/1999)

LAW OFFICES
# HUESMAN, JONES AND MILES
SUITE 201
102 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204

R. DOUGLAS JONES
GERARD F. MILES

MARY JANE FISCHER
LISA K. JENKINS*

*Admitted to Maryland & D.C.

JOSEPH I. HUESMAN
(OF COUNSEL)

SUSAN M. HUESMAN
(OF COUNSEL)

TELEPHONE
(410) 296-1184

FAX
(410) 583-7687

Writer's Direct Line (410) 296-1189

Email: gary@huesmanjonesmiles.com

November 30, 2000

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC - 4 2000

AT BA_____
CLERK U.S. DIS_____
DISTRICT O_____

BY

Honorable Benson E. Legg
3rd Floor, Room 340
101 W. Lombard Street
Garmantz Federal Courthouse
Baltimore, Maryland 21201

RE:        Vanco ats. Allen
            Case #L 00 CV 825

Dear Judge Legg:

       I am giving you an updated, early status report on this case. Mr. Dorman and I have settled the claims. The settlement check has been sent to him and I am awaiting receipt of the Stipulation of Dismissal with Prejudice, which I hope to file within the next ten days or so. We both appreciate the cooperation Your Honor showed us with respect to scheduling, which did enable us to cooperate with each other and resolve this case.

                                             Respectfully,

                                             Gerard F. Miles

GFM/dh

cc: Marc Dorman, Esquire
    Mr. Milton Ginsburg, Esquire

L:\WPDATA\GARY.LTR\113000.LTR