IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANGELA ALLEN, Personal              :
Representative of the Estate of
GARY JAMES ALLEN, DECEASED, ET AL.: 

       PLAINTIFFS          :

VS.                                 :   CASE #L-00-825

VANCO TRAILERS, INC.                :

       DEFENDANT           :

: : : : : : : : : : : : : : : : : : : : : : : : : : :

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Angela C. Allen, by Marc S. Dorman, and the Defendant, Vanco Trailers, Inc., by Gerard F. Miles, hereby stipulate to the dismissal with prejudice of any and all claims in this case.

_____
MARC S. DORMAN
SHAPIRO & DORMAN
B & O Building, Suite 800
Two North Charles Street
Baltimore, Maryland 21201
(410)539-2766
Attorney for Plaintiff

_____
GERARD F. MILES
HUESMAN, JONES AND MILES
Suite 201
102 W. Pennsylvania Avenue
Towson, Maryland 21204
(410)296-1189
Attorney for Vanco Trailers, Inc.

APPROVED THIS 19TH DAY OF December 2000

_____
BENSON EVERETT LEGG, U.S.D.J.